

# THE THIRTEENTH COURT OF APPEALS

13-17-00607-CV

Seth Rivera
v.
Baptist Foundation of Texas

On Appeal from the
404th District Court of Cameron County, Texas
Trial Cause No. 2016-DCL-1387-G

## JUDGMENT

This Court's judgment issued on June 27, 2019, is hereby withdrawn and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be AFFIRMED. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant.

We further order this decision certified below for observance.

January 9, 2020